Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JAMES MICHAEL YEE and LILLIAN LAM YEE, individually and as trustees of the JAMES AND LILLIAN YEE 2005 REVOCABLE DATED JANUARY 25, 2005; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-00558-MCS-JC <br><br> Hon. Mark C. Scarsi <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** <br><br> Complaint Filed: January 21, 2021 <br><br> Trial Date: None Set |

1
2   The Plaintiff hereby notifies the Court that a global settlement has been
3   reached in the above-captioned case and the Parties would like to avoid any
4   additional expense, and to further the interests of judicial economy.
5       The plaintiff, therefore, applies to this Honorable Court to vacate all currently
6   set dates with the expectation that the Voluntary Dismissal with prejudice, as to all
7   parties, will be filed within 45 days.
8
9
10  Dated: June 22, 2021                    **MANNING LAW, APC**
11
12                                          By:   /s/ Joseph R. Manning, Jr. Esq.
                                                  Joseph R. Manning, Jr., Esq.
13                                                Attorneys for Plaintiff
14                                                Anthony Bouyer
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SETTLEMENT